## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARCELINO GONZALEZ,

        Plaintiff,

-vs-                                  Case No.  6:05-cv-1485-Orl-19KRS

OSCEOLA SHERIFF DEPARTMENT,
KISSIMMEE POLICE DEPARTMENT,
ORLANDO SHERIFF'S DEPARTMENT, et al.,

        Defendants.

_____

### ORDER OF DISMISSAL

On October 21, 2005, the Court ordered Plaintiff to file an amended complaint within twenty days from the date of the Order (Doc. No. 8).  Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___16th_____ day of November, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 11/16
Marcelino Gonzalez